

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     CRIMINAL NO. 00-269

v.     *     SECTION:    "N"

MARK STEPHEN THEVENOT     *

        *    *    *

**MOTION AND INCORPORATED MEMORANDUM
TO SUBSTITUTE COUNSEL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Michael W. Magner be substituted for Joshua Nesbitt, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

**WHEREFORE** undersigned counsel respectfully requests that he

1

be substituted for Joshua Nesbitt as counsel of record for the United States of America.

                                      Respectfully submitted,

                                      JIM LETTEN
                                      UNITED STATES ATTORNEY

                                      _____
                                      MICHAEL W. MAGNER, (#1206)
                                      Assistant United States Attorney
                                      500 Poydras Street, Room 210-B
                                      New Orleans, Louisiana  70130
                                      Telephone:  (504) 680-3103

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties via facsimile same to each, properly addressed and postage prepaid this 18th day of April, 2005.

                                      _____
                                      MICHAEL W. MAGNER
                                      Assistant United States Attorney