UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-269 |
| v. | * | SECTION:   "N" |
| MARK STEPHEN THEVENOT | * | |

\*   \*   \*

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that Michael W. Magner be substituted for Joshua Nesbitt as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this 18th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____